UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. 08CR2634-LAB |
| ) | 08mj8679 |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| Eddie Edel Keyes ) | |
| Defendant(s) ) | Booking No. 105002298 |

On order of the United States District/Magistrate Judge,  **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

Noe Juan Carlos Lopez Gudino

DATED: 8/7/08

RECEIVED
DUSM

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by
Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082